# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

134022

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TINA LEE ELLIS, a/k/a
TINA LEE APOLONIO-CANDELARIO,
     Plaintiff-Appellee,

v

     SC: 134022
     COA: 275831
     Kent CC: 04-002617-DM

CHRISTOPHER ERIN ELLIS,
     Defendant-Appellant,

and

STATE OF MICHIGAN,
     Intervenor-Appellee.

_____/

     On order of the Court, the application for leave to appeal the April 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

p0723